IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEEL ERECTORS, INC.,  )
 )
    Plaintiffs,  )
 )
v.  )  CASE NO. CV415-208
 )
AIM STEEL INTERNATIONAL, INC.;  )
 )
    Defendants.  )
 )

## O R D E R

Before the Court is the Plaintiff's Motion to Assign Case for Jury Trial. (Doc. 25.) On April 29, 2016, the Court entered an order directing the parties to file a proposed pretrial order no later than May 30, 2016. (Doc. 26.) The Court has taken the parties' proposed pretrial order under advisement and will enter an order setting all further deadlines at a future date. Accordingly, the Motion to Assign Case for Jury Trial (Doc. 25) is **DISMISSED AS MOOT**.

SO ORDERED this 19th day of September 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA