IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEEL ERECTORS, INC., )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-208
)
AIM STEEL INTERNATIONAL, INC., )
)
    Defendant. )
)

## ORDER

Before the Court is Defendant's Suggestion of Bankruptcy. (Doc. 33.) On October 3, 2016, Defendant filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Georgia. In re AIM Steel International, Inc., 16-67661 (Bankr. N.D. Ga. filed Oct. 3, 2011). Pursuant to 11 U.S.C. § 362, proceedings before this Court must be stayed until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy petition. Accordingly, this case is hereby **STAYED** until further notice. Plaintiff shall immediately notify the Court should the Bankruptcy Court grant relief from the stay, close the case, or dismiss the petition.

SO ORDERED this 16th day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA