IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEEL ERECTORS, INC.,

    Plaintiff,

v.

AIM STEEL INTERNATIONAL, INC.,

    Defendant.

CASE NO. CV415-208

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 40.) After careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of May 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA