# United States District Court
### Southern District of Georgia

STEEL ERECTORS, INC.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-208

AIM STEEL INTERNATIONAL, INC.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 17, 2019 adopting the Magistrate Judge's Report and Recommendation as the opinion of this court, the Plaintiff's case is dismissed without prejudice. This case stands closed.



05/17/2019  
*Date*

Scott L. Poff  
*Clerk*

*(By) Deputy Clerk*